HENNEMAN and others, Appellants, vs. FINNEGAN, Attorney General, and others, Respondents.

*December 7, 1934—March 5, 1935.*

For the appellant Henneman there was a brief by *W. H. Stafford* and *Harold E. Stafford*, both of Chippewa Falls, and oral argument by *Harold E. Stafford*.

*J. C. Doerfer* of West Allis, for the appellants Edwards Motor Company, Bailey Motor Company, and King-Braeger Company.

For the respondents James E. Finnegan and Lawrence C. Whittet there was a brief by the *Attorney General, Joseph G. Hirschberg,* deputy attorney general, and *C. G. Mathys* of Madison, special counsel, and oral argument by *Mr. Hirschberg* and *Mr. Mathys*.

For the respondents L. D. Frint and Jesse A. Smith there was a brief by *Harry E. White, George A. Schutt,* and *Rix, Barney & Kuelthau,* attorneys, and *Carl B. Rix* of counsel, all of Milwaukee, and oral argument by *Mr. Rix*.

A brief was also filed by *Emily W. Thomann* of Madison, on behalf of the consumer, as *amicus curiæ*.

*By the Court.*—Judgment appealed from is reversed, and the cause remanded for further proceedings according to law.

MARTIN, J., took no part.